# Court of Appeals
# of the State of Georgia

ATLANTA, June 25, 2025

*The Court of Appeals hereby passes the following order:*

## A25A2093. JEAN J. MERILIEN v. THE STATE.

In 2006, Jean J. Merilien pled guilty to two counts of murder. In June 2025, Merilien filed an emergency motion seeking re-sentencing. The trial court dismissed the motion, and Merilien filed this appeal.

The Supreme Court of Georgia has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death may be imposed for the crime of murder, jurisdiction over this appeal lies in the Supreme Court. See OCGA § 16-5-1 (a), (e) (1); see also *Hart v. State*, ___ Ga. ___, ___ (1) (Case No. S25A0136, June 24, 2025) (even in murder cases in which the death penalty was not sought, the Supreme Court has opted to exercise its jurisdiction to review all such cases). Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition. See *State v. Thornton*, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984), overruled in part on other grounds as recognized in *Elliott v. State*, 305 Ga. 179, 205 (III) (C) (i) (824 SE2d 265) (2019).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 06/25/2025

  I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

  Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*